**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**ASSAN ALUMINYUM SANAYI VE TICARET A.S., KIBAR AMERICAS, INC., KIBAR DIS TICARET A.S. & ISPAK ESNEK AMBALAJ SANAYI A.S.,**
**Plaintiffs,**
**v.**

**UNITED STATES,**
**Defendant.**

**S U M M O N S**
**Court No. 26-04943**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. Assan Aluminyum Sanayi ve Ticaret A.S, Kibar Americas, Inc., Kibar Dis Ticaret A.S. and Ispak Esnek Ambalaj Sanayi A.S. (collectively, "Assan Group") are foreign producers and exporters of the subject merchandise. Assan Group actively participated in the underlying countervailing duty proceeding and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Assan Group has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). Therefore, Assan Group has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii).

(Name and standing of plaintiff)

2. Assan Group contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in

*Certain Aluminum Foil From the Republic of Turkiye: Final Results of Countervailing Duty Administrative Review; 2023,*

91 Fed. Reg. 62698 (Dep't Commerce October 2, 2026)

(Brief description of contested determination)

3. The contested final antidumping duty results were issued by the Department of Commerce on September 29, 2026.

(Date of determination)

4. The final antidumping duty results were published on October 2, 2026.

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jessica R. DiPietro

Signature of Plaintiff's Attorney

November 2, 2026

Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jessica R. DiPietro
ArentFox Schiff LLP
1717 K Street, NW
Washington, D.C. 20006
202-350-3622
Jessica.DiPietro@afslaw.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)